The People of the State of New York, Respondent, *v.* Kent Stores, Inc., Appellant.

(Submitted November 25, 1936; decided December 31, 1936.)

*S. Frederick Placer, George J. Gruenberg* and *Lawrence Ratner* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* and *Joseph A. McLaughlin* of counsel), for respondent.

*Per Curiam.* We think the evidence established such an identity of interest of the defendant and Bayside Dye Works, Inc., in the operation of the factory in question as to have warranted the finding of the defendant's guilt.

The judgment should be affirmed.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ., concur.

Judgment affirmed.